# EXHIBIT A

DOCS_LA:342312.1 05233/003

*Bankruptcy Case: 20-10553-CSS Art Van Furniture, LLC*
*Transfer Date Range: 12-09-2019 through 03-07-2020*

**CLEARPRISM LLC.**
1920 MCKINNEY AVE.
7TH FLOOR
DALLAS TX 75201

TRANSFERS:

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 163622 | 01/08/2020 | 01/07/2020 | $ 413,006.68 | 10760 | 12/01/2019 | $ 28,920.33 |
| 163622 | 01/08/2020 | 01/07/2020 | 413,006.68 | 10761 | 12/01/2019 | 6,658.66 |
| 163622 | 01/08/2020 | 01/07/2020 | 413,006.68 | 10762 | 12/01/2019 | 102,034.69 |
| 163622 | 01/08/2020 | 01/07/2020 | 413,006.68 | 10769 | 12/01/2019 | 275,393.00 |
| 162940 | 12/13/2019 | 01/13/2020 | 56,667.71 | 10752 | 11/01/2019 | 56,667.71 |
| 165157 | 02/27/2020 | 02/21/2020 | 199,632.34 | 10780A | 02/20/2020 | 28,980.00 |
| 165157 | 02/27/2020 | 02/21/2020 | 199,632.34 | 10780CM | 02/27/2020 | -34,071.72 |
| 165157 | 02/27/2020 | 02/21/2020 | 199,632.34 | 10805 | 02/20/2020 | 12,284.06 |
| 165157 | 02/27/2020 | 02/21/2020 | 199,632.34 | 10814 | 02/20/2020 | 192,440.00 |
| 164935 | 02/19/2020 | 02/26/2020 | 34,071.72 | 10780 | 01/01/2020 | 34,071.72 |
| 165510 | 03/31/2020 | 03/04/2020 | 96,220.00 | 10815 | 02/28/2020 | 96,220.00 |
| **TOTAL** | | | **$ 799,598.45** | | | |