# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Start Man Furniture, LLC, et al. | : | Case No.: 20-10553-CTG |
| | : | |
| Debtor. | : | |
| | : | |
| Alfred T. Giuliano, *in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.* | : | **MEDIATION STATUS REPORT** |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No.: 22-50186-CTG |
| | : | |
| Clearprism, LLC, | : | |
| | : | |
| Defendant. | | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

_____     Mediation is scheduled to occur on _____.

_____     A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

  X      OTHER:  The Mediation occurred on May 15, 2023. The mediator expects to have a second mediation date scheduled within the next 30 days.

Dated: May 16, 2023            Mediator

                                                     */s/ Ian Connor Bifferato*
                                                Ian Connor Bifferato (DE #3273)
                                                The Bifferato Firm P.A.
                                                1007 N. Orange Street, 4th Floor
                                                Wilmington, DE  19801
                                                Tel. (302) 225-7600
                                                E-mail: cbifferato@tbf.legal