# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Start Man Furniture, LLC, et al. | : | Case No.: 20-10553-CTG |
| | : | |
| Debtor. | : | |
| | : | |
| Alfred T. Giuliano, *in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, et al.* | : | **MEDIATION STATUS REPORT** |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No.: 22-50186-CTG |
| | : | |
| Clearprism, LLC, | : | |
| | : | |
| Defendant. | : | |

    In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    \_\_\_\_\_    Mediation is scheduled to occur on _____.

    \_\_\_\_\_    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    \_\_X\_\_    OTHER:  The Mediation occurred on May 15, 2023. A second mediation has been scheduled for June 28, 2023.

Dated: June 16, 2023        Mediator

                              */s/ Ian Connor Bifferato*
                              Ian Connor Bifferato (DE #3273)
                              The Bifferato Firm P.A.
                              1007 N. Orange Street, 4th Floor
                              Wilmington, DE  19801
                              Tel. (302) 225-7600
                              E-mail: cbifferato@tbf.legal